Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARISSA WEISBERG**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **US FED LOAN CONSOLIDATED CENTER**, and DOES 1 through 10, inclusive, and each of them**,** <br><br> Defendant. | Case No. 2:16-cv-00757-FMO-MRW <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 20th day of June, 2016.

By:    s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 20th day of June, 2016, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 20th day of June, 2016, via the ECF system to:

Honorable Fernando M. Olguin
United States District Court
Central District of California

And mailed to:

US Federal Loan Consolidation Center
201 N Charles St Suite 2406,
Baltimore MD, 21201

This 20th day of June, 2016.
By: s/Todd M. Friedman
      Todd M. Friedman